JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS FERNANDO ORTEGA,              ) Case No. CV 14-0503-MWF (JPR)
                                   )
                  Petitioner,      )
                                   )      J U D G M E N T
           vs.                     )
                                   )
CLARK E. DUCART, Warden,           )
                                   )
                  Respondent.      )
_____    )

    Under the Order Accepting Findings and Recommendations of
U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: August 24, 2015

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE